IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00009-RJC-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ARMOND SEDEAN BAKER, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 6), of the Indictment, (Doc. No. 3), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 6), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: March 26, 2013

Robert J. Conrad, Jr.
Chief United States District Judge